FILED
At Albuquerque NM

JUN 3 0 2016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2937MCA |
| | ) | |
| vs. | ) | Count 1:  8 U.S.C. § 1324 (a)(1)(A)(v)(I): |
| | ) | Conspiracy; |
| **RUDIS ALEXANDER** | ) | |
| **CORNEJO,** | ) | Counts 2-10: 8 U.S.C. §§ 1324(a)(1)(A)(ii) |
| | ) | and (B)(i): Transporting an Illegal Alien. |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, and

elsewhere, the defendant, **RUDIS ALEXANDER CORNEJO**, did unlawfully, knowingly, and

intentionally combine, conspire, confederate and agree with other persons, whose names are known

and unknown to the grand jury, to commit the following offenses against the United States, to wit:

Transporting an Illegal Alien, contrary to 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

### Count 2

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the

fact that Madeline Claribel Mejia-Martir, an alien, had come to, entered and remained in the

United States in violation of the law, did transport and move, attempt to transport and move,

and did aid and abet in the transporting and moving of said alien within the United States by

means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

Count 3

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Walter David Cumez-Sicajan, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

Count 4

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Oscar Danilo Chinchilla-Gomez, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

Count 5

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Aureliano Ambrosio-Antonio, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move,

and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

<u>Count 6</u>

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Juan Carlos Ortega-Avila, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

<u>Count 7</u>

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Pedro Antonio Castro-Aguilera, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

<u>Count 8</u>

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the

fact that Everado Hernandez-Juarez, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

## Count 9

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Marvin David Oliva-Medina, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

## Count 10

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **RUDIS ALEXANDER CORNEJO**, knowingly and/or in reckless disregard of the fact that Josue Waldemar Mechu-Puac, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, attempt to transport and move, and did aid and abet in the transporting and moving of said alien within the United States by means of transportation, namely by automobile, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

06/27/16  5:15AM

5